**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| LEANDRO PABLO CORONADO, | : | Case No. 1:25-cv-831 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| FIELD OFFICE DIRECTOR FOR | : | |
| ENFORCEMENT AND REMOVAL | : | |
| OPERATIONS DETROIT, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner, Leandro Pablo Coronado, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The **CLERK OF COURT is DIRECTED** to (1) immediately serve Respondents with a copy of the Petition, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter a notice of appearance.

**IT IS SO ORDERED.**

November 17, 2025

KAREN L. LITKOVITZ
United States Magistrate Judge