**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| LEANDRO PABLO CORONADO, | : | Case No. 1:25-cv-831 |
| Petitioner, | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Karen L. Litkovitz |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS DETROIT, *et al*., | : | |
| Respondents. | : | |

## ORDER SETTING SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 4).

Based on that joint proposal (Doc. 5), the Court **SETS** the following case schedule:

- Respondent's Return of Writ Due:      December 4, 2025

- Petitioner's Reply to Return Due:      December 8, 2025

- Status Conference to be set by Court as needed.

**IT IS SO ORDERED.**

November 21, 2025

KAREN L. LITKOVITZ
United States Magistrate Judge