AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| LEANDRO PABLO CORONADO,<br>*Plaintiff*<br>SECRETARY, DEPARTMENT OF HOMELAND SECURITY et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.  1:25-cv-831 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑  other:   The Court DISMISSES WITHOUT PREJUDICE Coronado's Petition for Habeas Corpus (Doc. 1) and DENIES Coronado's Motion for Declaratory Judgment and Request for Expedited Consideration (Doc. 7)

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Douglas R. Cole

Date:   12/15/25

CLERK OF COURT

*Melissa Saddle*

Signature of Clerk or Deputy Clerk